CARMAN SMITH, *Respondent, v.* CHRISTOPHER RISLEY, *Appellant.* — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

CHARLES F. STROHN, *Respondent, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

HENRY C. DEMMING, *Respondent, v.* EDWARD M. PARROTT, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J. ; PRATT, J., not sitting.

JOHN TITUS, *Respondent, v.* THE JEWELL MILLING COMPANY, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by PRATT, J.

JOHN A. HUSSON, *Appellant, v.* WILLIAM G. OPPENHEIM, *Respondent.* — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

DEDERICK TRAGMAR, *Appellant, v.* JOHN M. SAGAR and others, *Respondents.* — Judgment affirmed, with costs. Opinion by PRATT, J.

WILLIAM G. WARD, *Appellant, v.* THE TOWN OF SOUTHFIELD and another, *Respondents.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

JOHN DUNN, *Appellant, v.* HENRY P. JOURNEAY, *Respondent.* — Judgment and order denying new trial affirmed, with costs. Opinion by PRATT, J.

THE KINGS COUNTY FIRE INSURANCE COMPANY, *Appellant, v.* HANNAH STEPHENS, *Respondent.* — Judgment affirmed, with costs. Opinion by PRATT, J.

THE NEW ENGLAND GRANITE WORKS, *Respondents, v.* EDMUND DOANE, *Sheriff, etc., Appellant.* — Judgment reversed and new trial granted, costs to abide event. Opinion by DYKMAN, J.

IN THE MATTER OF THE APPLICATION OF EDWARD B. LONG, TO COMPEL AN ACCOUNTING. — Order affirmed. Opinion by BROWN, J.

ROBERT C. CLAPP and another, *Executors, etc., v.* THOMAS R. HAWLEY and others. — Judgment appealed from modified in accordance with opinion. Order to be settled by Justice BARNARD. Opinion by BARNARD, P. J.

MARY McCULLOUGH, *as Administratrix, etc., v.* THOMAS R. SHARP, *Receiver, etc.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

PHILANDO C. LANGDON, *Respondent, v.* CHARLES E. EVANS, *Appellant.* — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J. ; PRATT, J., not sitting.

IN THE MATTER OF THE GUARDIANSHIP OF MILTON J. B. MOORE, A MINOR. — Order of surrogate affirmed, with costs and disbursements. Opinion by PRATT, J.